UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 02:03-cr-00500-LRH-LRL |
| Plaintiff, | ) | |
| | ) | MINUTE ORDER |
| vs. | ) | |
| | ) | March 1, 2006 |
| LANCE MATTHEW MALONE, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:
THE HONORABLE Larry R. Hicks, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING      REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

MINUTE ORDER IN CHAMBERS:

PLEASE TAKE NOTICE that the time of the hearing scheduled on MONDAY, MARCH 13, 2006, at 1:30 P.M., in Courtroom 7C, to consider whether certain documents are protected from disclosure by the work product doctrine has been changed to begin at 2:30 P.M. to accommodate the arrival schedule of out-of-state counsel.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE