UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) MARY KINCAID-CHAUNCEY and DARIO ) HERRERA, ) ) Defendants. ) ) | 02:03-CR-00500-LRH-LRL<br><br>ORDER |

On May 22, 2006, the United States filed proposed orders of forfeiture (#s 415, 416[1]) with regard to the above named defendants. Before entering an appropriate order, the court will give the parties an opportunity to file points and authorities with respect to forfeiture.

IT IS THEREFORE ORDERED that the United States shall have fifteen (15) days from the entry of this order in which to file points and authorities in support of their proposed orders of forfeiture. Defendants shall then have eleven (11) days from the date such points and authorities

///

///

///

///

---

[1] Refers to the court's docket number.

1 are filed in which to file an opposition. The United States shall thereafter have seven (7) days to
2 file a reply.
3      IT IS SO ORDERED.
4      DATED this 30th day of May, 2006.

8      LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE