JERRY D. BERNSTEIN
*Admitted Pro Hac Vice*
MARC ROTHENBERG
*Admitted Pro Hac Vice*
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 885-5000

DAVID T. BROWN
Nevada Bar No. 6914
GOODMAN BROWN & PREMSRIRUT
520 S. Fourth Street, #320
Las Vegas, Nevada 89101
Telephone: (702) 384-3939

Attorneys for Defendant Dario Herrera

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA )
                         )
         Plaintiff,      )   CR-S-03-500-LRH (LRL)
                         )
    v.                   )
                         )
MARY KINCAID-CHAUNCEY and )
DARIO HERRERA            )
                         )
         Defendants.     )
                         )
_____)

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant Dario Herrera to answer the government's memorandum in support of forfeiture of money be and is hereby extended to and including July 26, 2006.

Dated: July 7, 2006

BLANK ROME LLP

BY: _____
Jerry D. Bernstein, Esq.
Marc Rothenberg, Esq.
The Chrysler Building
405 Lexington Ave.
New York, NY 10174
(212) 885-5000

Admitted *pro hac vice*

GOODMAN BROWN & PREMSRIRUT

BY: _____
David T. Brown, Esq.
Nevada Bar No. 6914
520 S. Fourth Street, #320
Las Vegas, Nevada 89101
(702) 384-3939

*Counsel for Defendant Dario Herrera*

UNITED STATES DEPARTMENT OF JUSTICE

BY: _____
Daniel R. Schiess, Esq.
Assistant United States Attorney
333 Las Vegas Blvd. South, Ste 5000
Las Vegas, Nevada 89101
(702) 388-6336

*Counsel for United States*

IT IS SO ORDERED.

DATED: July 10, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE