UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:03-cr-00500-LRH (LRL) |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| DARIO HERRERA, ) | |
| ) | |
| Defendant. ) | |

Before the court is Defendant Herrera's Motion to Extend Date for Voluntary Surrender by Thirty Days (Doc. #556). The Government has opposed (Doc. #557).

The Defendant was sentenced on August 21, 2006, and given nearly five months to surrender, to January 12, 2007. The grounds argued in support of an extension of Herrera's surrender are founded upon arguments of financial hardship and inconvenience. Given the severity of the Defendant's criminal offenses and a surrender date that was more than abundant to prepare for incarceration, the motion is DENIED.

The Defendant shall surrender on or before noon on January 12, 2007.

IT IS SO ORDERED.

DATED this 3rd day of January, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE